JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY HARTLEY; CRYSTAL HARTLEY; KAMERON KATHLEEN SCHRECKENGOST,<br><br>Defendants. | Case No. 8:24-cv-00124-FWS-KES<br><br>Assigned to the Hon. Fred W. Slaughter<br><br>**JUDGMENT** |

///

///

///

1

# JUDGMENT

On September 4, 2024, the court granted Plaintiff First National Insurance Company of America's ("Plaintiff") Motion for Default Judgment against Defendants Timothy Hartley and Crystal Hartley (together, "Defendants"). Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. Judgment is entered in this matter in favor of Plaintiff and against Defendants.

2. Policy Number OA4786530 ("Policy), previously issued by Plaintiff to Defendants, is **RESCINDED** in its entirety, is void *ab initio*, and provides no coverage, whatsoever, to any person or entity, for any claim or matter, including, but not limited to, the July 1, 2023, dog bite incident involving Defendants' Rottweiler and Kameron Schreckengost.

3. Plaintiff has no duty or obligation to pay for, or reimburse any amount to any person or entity, pursuant to the Policy, or to defend, to provide reimbursement for defense fees or other costs, to indemnify or to pay for or provide reimbursement for any settlements, awards or judgments, no matter how denominated, which have heretofore or may hereafter be incurred or expended by any party or entity,

including but not limited to, the Defendants, in connection with any claims whatsoever, including but not limited to, the August 24, 2023, third-party liability claim to Plaintiff for coverage under the Policy in connection with dog bites allegedly sustained by Kameron Schreckengost from Defendants' Rottweiler.

4. The Clerk is ordered to enter this Judgment forthwith.

Dated: September 4, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE